FILED

NOV 0 3 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTONOOGA, TN.

Rev. Hobert W. Brabson II )
3503 Crestwood dr. NW )
Cleveland, TN. 37312 )
(Enter above the NAME of the plaintiff in this action.) )

v. )

City of Chattanooga, TN )
110 E. 11th St. )
Chattanooga, TN )
(Enter above the NAME of each defendant in this action.) )

1:26-CV-351

Collier/Steger

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: ____________________

____________________

Defendants: ____________________

____________________

2. COURT: (If federal court, name the district; if state court, name the county):

__________________________________________________________

3. DOCKET NUMBER: ________________________________________

4. Name of Judge to whom case was assigned: __________________________

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) ________________________________________________

6. Approximate date of filing lawsuit: ________________________________

7. Approximate date of disposition: __________________________________

II. PLACE OF PRESENT CONFINEMENT: ______________________________________

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

C. If your answer is YES,

1. What steps did you take? _______________________________________

__________________________________________________________

2. What was the result? __________________________________________

__________________________________________________________

D. If your answer to B is NO, explain why not. ______________________________

______________________________________________________________

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _______________________________________

__________________________________________________________

2. What was the result? ______________________________

______________________________

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Rev. Habert W. Brabson II

Present address: 3503 Crestwood Dr. NW. Cleveland, TN 37312

Permanent home address: City of Chattanooga, TN.

Address of nearest relative: 110 E. 11th St. Chattanooga, TN. 37402

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Rev. Habert W. Brabson II

Official position: Planner ONE

Place of employment: City of Chattanooga, TN.

C. Additional defendants: N/A

______________________________

______________________________

______________________________

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I was wrongfully terminated for 3 mistakes that Darien Gilkenson my immediate supervisor

And William Gore Director of Land Development office. I am a 66 year old AA male that has worked for the City of Chattanooga for about 21½ years. I was hassrassed and treated unfairly by these supvisors. I don't have my phone with me in the court house, but I will be ammeding this section soon.



Case 1:26-cv-00351-CLC-CHS Document 1 Filed 11/03/26 Page 4 of 5 PageID #: 4

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I would like to be reinstated with the City of Chattanooga and I would like all back time paid. And I am seeking punitive damages as well.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this November day of 3, 2026.

[signature]

Signature of plaintiff(s)